# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00203-CR

**Michael Todd Wade, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 28865, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Todd Wade, appearing pro se, seeks to appeal from the trial court's denial of his motion for judgment nunc pro tunc. In criminal cases, unless expressly authorized by statute, appellate courts only have jurisdiction to review final judgments. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *see* Tex. Code Crim. Proc. art. 44.02 ("A defendant in any criminal action has the right of appeal under the rules hereinafter prescribed . . . ."). An order denying a motion for judgment nunc pro tunc is not a final, appealable order. *Castor v. State*, 205 S.W.3d 666, 667 (Tex. App.—Waco 2006, no pet.); *see Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008) (no jurisdiction over appeal of post-judgment order denying time-credit motion). Nor does the denial create a right to an interlocutory appeal. *Castor*, 205 S.W.3d at 667. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   May 6, 2014

Do Not Publish